FILED

2013 JUN -6 PM 2:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANDOVAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>APRIL SCOTT,<br><br>　　　　Defendant. | Case No. ED CV 13-968-UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

　　The Court will remand this unlawful detainer action to state court summarily because defendant removed it improperly.

　　On May 29, 2013, defendant April Scott, having been sued in what appears to be a routine unlawful detainer action in California Superior Court, lodged a Notice of Removal of that action to this Court, and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

　　Simply stated, plaintiff could not have brought this action in federal court in the first place, in that defendant does not competently allege facts supplying either

1 diversity or federal question jurisdiction, and therefore removal is improper. 28
2 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,
3 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Here, defendant does not assert
4 either federal question or diversity jurisdiction as her basis for removal, but
5 instead asserts removal based on supplemental jurisdiction. But as described in
6 more detail in the Order Denying Defendant's Request to Proceed Without
7 Prepayment of Filing Fee, because supplemental jurisdiction does not provide a
8 basis for removal, defendant's removal based on supplemental jurisdiction was
9 improper. *See* 28 U.S.C. §§ 1367, 1441.

Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the Superior Court of California, San Bernardino County, Victorville Judicial District, 14455 Civic Drive, Victorville, CA 92392, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

DATED: 6/4/13

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE